379 A.2d 582

Commonwealth v. Darrell, Appellant.

Submitted November 8, 1976. Thomas P. Ruane, Jr., Public Defender, for appellant; Conrad B. Capuzzi, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed.

SPAETH, J., dissents for the reasons stated in his dissenting opinion in *Commonwealth v. McCusker,* 245 Pa.Superior Ct. 402, 404, 369 A.2d 465, 466 (1976).